IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bess, Kecia A

Printed: 01/29/09

Case Number: 08 B 00109
Judge: Hollis, Pamela S
Filed: 1/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 12, 2008
Confirmed: March 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,367.18 |  |
| Secured: |  | 3,977.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,993.00 |
| Trustee Fee: |  | 404.03 |
| Other Funds: |  | 992.64 |
| Totals: | 7,367.18 | 7,367.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,993.00 | 1,993.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Home Loan Services | Secured | 20,413.28 | 3,977.51 |
| 5. | Illinois Dept of Revenue | Priority | 135.00 | 0.00 |
| 6. | Advocate Health Care | Unsecured | 277.00 | 0.00 |
| 7. | Dell Financial Services, Inc | Unsecured | 370.71 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 17,804.76 | 0.00 |
| 9. | Illinois Dept Of Human Services | Unsecured | 3,138.41 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,034.81 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 236.20 | 0.00 |
| 12. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 45,403.17 | $ 5,970.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 57.12 |
| 6.5% | 259.55 |
| 6.6% | 87.36 |
|  | $ 404.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bess, Kecia A

Printed: 01/29/09

Case Number:  08 B 00109
Judge:  Hollis, Pamela S
Filed:  1/4/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

